1  **STEPHEN D. DEMIK**
   California State Bar No. 221167
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Stephen_Demik@fd.org

5  Attorneys for Mr. Lopez

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,         ) CASE NO. 07MJ8874
                                      )
12 |         Plaintiff,                )
                                      )
13 | v.                                )
                                      )  **NOTICE OF APPEARANCE**
14 | MARIA LOPEZ ESCOBAR,              )
                                      )
15 |                                   )
           Defendant.                  )
16 |_____)

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 attorney in the above-captioned case.

20                                          Respectfully submitted,

21

22 Dated: October 30, 2007                  /s/ *STEPHEN D. DEMIK*
                                            Federal Defenders of San Diego, Inc.
23                                          Attorneys for Defendant
                                            Stephen_Demik@fd.org
24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: October 30, 2007

/s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Stephen_Demik@fd.org (email)