# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 07mj 8574 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Maria Lopez Escobar ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) / Case Disposed / Order of Court).

JORGE ARMANDO AVALOS-Hernandez

DATED: 11/2/07

**LOUISA S. PORTER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED**             **DUSM**

OR

W. SAMUEL HAMRICK, JR. Clerk

by                Deputy Clerk