FILED
07 NOV 14 PM 3:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    07 CR 3105 L

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) **I N D I C T M E N T** |
| v. | ) Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(ii) - |
| MARIA LOPEZ ESCOBAR, | ) Bringing in Illegal Aliens for |
| | ) Financial Gain; Title 18, U.S.C., |
| Defendant. | ) Sec. 2 - Aiding and Abetting; |
| | ) Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(iii) - Bringing |
| | ) in Illegal Aliens Without |
| | ) Presentation |

The grand jury charges:

Count 1

On or about October 24, 2007, within the Southern District of California, defendant MARIA LOPEZ ESCOBAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Ortencia Calixto Ciprian, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

DDL:em:Imperial
11/9/07

## Count 2

On or about October 24, 2007, within the Southern District of California, defendant MARIA LOPEZ ESCOBAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Ortencia Calixto Ciprian, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

## Count 3

On or about October 24, 2007, within the Southern District of California, defendant MARIA LOPEZ ESCOBAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Anabel Mora Galeana, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 4

On or about October 24, 2007, within the Southern District of California, defendant MARIA LOPEZ ESCOBAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Anabel Mora Galeana, had not received prior official authorization to come to, enter and reside

1  in the United States, did bring to the United States said alien and
2  upon arrival did not bring and present said alien immediately to an
3  appropriate immigration officer at a designated port of entry; in
4  violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 5

6  On or about October 24, 2007, within the Southern District of
7  California, defendant MARIA LOPEZ ESCOBAR, with the intent to violate
8  the immigration laws of the United States, knowing and in reckless
9  disregard of the fact that an alien, namely, Marco Antonio Mora
10 Galeana, had not received prior official authorization to come to,
11 enter and reside in the United States, did bring to the United States
12 said alien for the purpose of commercial advantage and private
13 financial gain; in violation of Title 8, United States Code,
14 Section 1324(a)(2)(B)(ii), and Title 18, United States Code,
15 Section 2.

### Count 6

17 On or about October 24, 2007, within the Southern District of
18 California, defendant MARIA LOPEZ ESCOBAR, with the intent to violate
19 the immigration laws of the United States, knowing and in reckless
20 disregard of the fact that an alien, namely, Marco Antonio Mora
21 Galeana, had not received prior official authorization to come to,
22 enter and reside in the United States, did bring to the United States
23 said alien and upon arrival did not bring and present said alien
24 immediately to an appropriate immigration officer at a designated port
25 of entry; in violation of Title 8, United States Code, Section
26 1324(a)(2)(B)(iii).
27 //
28

### Count 7

On or about October 24, 2007, within the Southern District of California, defendant MARIA LOPEZ ESCOBAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Hugo Jarquin Moreira, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 8

On or about October 24, 2007, within the Southern District of California, defendant MARIA LOPEZ ESCOBAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Victor Hugo Jarquin Moreira, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

### Count 9

On or about October 24, 2007, within the Southern District of California, defendant MARIA LOPEZ ESCOBAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jorge Armando Avalos

Hernandez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 10

On or about October 24, 2007, within the Southern District of California, defendant MARIA LOPEZ ESCOBAR, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jorge Armando Avalos Hernandez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: November 14, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DAVID D. LESHNER
Assistant U.S. Attorney

5