1  KAREN P. HEWITT
   United States Attorney
2  CHRISTOPHER A. OTT
   Assistant U.S. Attorney
3  California State Bar No. 235659
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6563 / (619) 235-2757 (Fax)
   Email: Christopher.Ott@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )    Criminal Case No. 07CR3105-L
                                     )
11                 Plaintiff,        )
                                     )    NOTICE OF APPEARANCE
12          v.                       )
                                     )
13  MARIA LOPEZ-ESCOBAR,             )
        a.k.a. JASMINE DRAKE,        )
14                                   )
                   Defendant.        )
15  _____ )

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18       I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20       The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23  activity in this case:

24       Name (If none, enter "None" below)

25       None.

26  //

27  //

28  //

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        Name (If none, enter "None" below)

6        None.

7        Please call me if you have any questions about this notice.

8        DATED:  December 14, 2007.

                                    Respectfully submitted,

9
                                    KAREN P. HEWITT
10                                   United States Attorney

11                                   /s/ *Christopher A. Ott*
                                    CHRISTOPHER A. OTT
12                                   Assistant United States Attorney
                                    Attorneys for Plaintiff
13                                   United States of America
                                    Email: Christopher.Ott@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3105-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| MARIA LOPEZ-ESCOBAR, | ) | |
| a.k.a. JASMINE DRAKE, | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER A. OTT, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.    Stephen Demik, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2007.

/s/ *Christopher A. Ott*
CHRISTOPHER A. OTT
Assistant U.S. Attorney