UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Peter C. Lewis)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr3105-L |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER TO EXONERATE THE |
| | ) | APPEARANCE BOND FOR THE |
| | ) | MATERIAL WITNESS AND |
| Jasmine Drake, | ) | DISBURSE REGISTRY FUNDS |
| | ) | |
| Defendant. | ) | |

**ORDER**

IT IS HEREBY ORDERED that the personal surety bond which secured the presence of material witness, Marco Antonio Mora-Galeana [A79-160-095], is exonerated.

IT IS FURTHER ORDERED that the Clerk of Court shall release and disburse the $500.00 held in the Registry of the Court to the Surety, who's name and address is noted below, and is contained in the Financial Department records of this Court, as certified by the material witness attorney in the application filed herewith:

Surety Name: Alexander Jay Duran
3168 Vaquero Ave., Apt. 2
Los Angeles, CA 90032

DATED: February 12, 2008

Hon. Peter C. Lewis
U.S. Magistrate Judge
United States District Court